UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| MICHAEL B. COLLINS and | ) | |
| MARCIA A. COLLINS | ) | CASE NO. 07 B 09709 |
| DEBTOR | ) | |
| | ) | HON. JOHN D. SCHWARTZ |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: **U.S. Bankruptcy Court 219 S Dearborn St. Chicago, IL. 60604**

   On: **November 29, 2007**          Time: **10:00 A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $650,211.01 |
   | Disbursements | $592,209.73 |
   | Net Cash Available for Distribution | $ 58,001.28 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|
   | Allan J. DeMars, trustee | $ None | $26,000.00 | $ 27.12 |
   | Allan J. DeMars, attorney | $ None | $ 6,726.00 | |
   | Lois West, accountant | $ None | $    900.00 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|
   | NONE | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.

7. Claims of general unsecured creditors totaling $31,270.91   have been allowed and will be paid *pro rata* only

after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 77.86201%.

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | CACV of Colorado s/s/i to MBNA America Bank, N.A. | $31,270.91 | $ 24,348.16 |

8. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have been discharged.

11. The Trustee proposes to abandon the following property at the hearing all of which is either subject to liens or has been claimed as exempt by the debtor:  SEE TRUSTEE'S EXHIBIT "B"  IN FINAL REPORT FOR SPECIFIC DETAILS or contact trustee.

Dated: **October 29, 2007**                                                                                              For the Court,

                                                      By:  **Kenneth Gardner**
                                                           Kenneth G. Gardner
                                                           Clerk of the U.S. Bankruptcy Court
                                                           219 So. Dearborn Street; 7th Floor
                                                           Chicago, IL 60604

Trustee: Allan J. DeMars
Address: 100 W. Monroe - Suite 910
         Chicago, IL 60603
Phone No.: (312) 726-3377

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: sward                 Page 1 of 1                  Date Rcvd: Oct 29, 2007
Case: 07-09709                 Form ID: pdf002             Total Served: 13

The following entities were served by first class mail on Oct 31, 2007.
db           +Michael B Collins,    1329 N. Ridge Ave.,    Arlington Heights, IL 60004-4605
jdb          +Marcia A Collins,    1329 N. Ridge Ave.,    Arlington Heights, IL 60004-4605
aty          +John H Redfield,    Kelleher & Buckley  LLC,    102 S. Wynstone Park Drive,    Suite 100,
              North Barrington, IL 60010-6917
aty          +Stuart Spiegel,    Spiegel & DeMars,    100 West Monroe Street,    Suite 910,
              Chicago, IL 60603-1957
tr           +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
11419371     +Bank of America,    PO Box 5270,    Carol Stream, IL 60197-5270
11562874     +CACV OF COLORADO, LLC S/I/I TO,    MBNA AMERICA BANK, NA,    C/O ADLER & ASSOCICATES,
              25 E. WASHINGTON ST., STE 500,    CHICAGO, IL 60602-1703,    312.726.1814
11392490     +CACV of Colorado, LLC,    c/o Arthur B. Adler & Assoc.,    25 E. Washington Street,    Suite 500,
              Chicago, IL 60602-1703
11392491     +Chase,    10790 Rancho Bernardo Road,    San Diego, CA 92127-5705
11419372     +Dependon Collection,    PO Box 4983,    Oak Brook, IL 60522-4983
11392492     +Deutsche Bank,    c/o Codilis & Assoc.,    15W030 North Frontage Road,    Suite 100,
              Burr Ridge, IL 60527-6921
11392493     +Discover Bank,    c/o Baker & MIller, Markoff & Krasny,    29 N. Wacker Drive,    5th Floor,
              Chicago, IL 60606-3227
The following entities were served by electronic transmission on Oct 30, 2007.
11419371     +E-mail/PDF: bankofamericaebn@americaninfosource.com Oct 30 2007 03:01:23      Bank of America,
              PO Box 5270,    Carol Stream, IL 60197-5270
11419373     +E-mail/Text: bankrup@nicor.com                            Nicor Gas,    PO Box 310,
              Aurora, IL 60507-0310
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11419374      Resurgence Financial
aty*         +Allan J DeMars,    Spiegel & DeMars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
aty*         +Allan J DeMars,    Spiegel & DeMars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
                                                                                               TOTALS: 1, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 31, 2007**                    **Signature:** *Joseph Speetjens*