UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MICHAEL B. COLLINS and | ) | Hon. JOHN D. SCHWARTZ |
| MARCIA A. COLLINS | ) | |
| | ) | Case No.  07 B 09709 |
| | ) | |

**Trustee's Final Account
and
<u>Application to Close Case and Discharge Trustee</u>**

To:   The Honorable JOHN D. SCHWARTZ
      United States Bankruptcy Judge

     Final distributions of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached hereto as Group Exhibit A.

     All checks have been cashed.  Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit B.  Form 2 also reflects a net total balance of zero for this estate.

     The Trustee certifies that the estate has been fully administered and requests that he be discharged and that the case be closed pursuant to 11 U.S.C. §350.


Dated: <u>1/15/08</u>                                                      <u>   /s/ Allan J. DeMars           </u>
                                                                                    Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
)
MICHAEL B. COLLINS and ) Case No. 07 B 09709
MARCIA A. COLLINS ) Hon. JOHN D. SCHWARTZ
) Chapter 7
Debtor )

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER COMING TO BE HEARD on the Trustee's final requests for allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:
1. Trustee's compensation
   Allan J. DeMars                                    $26,000.00
2. Trustee's expenses
   Allan J. DeMars                                    $     21.26

                                        TOTAL        $26,021.26

IT IS FURTHER ORDERED that the requests for final compensation and expenses are allowed as follows:
1. Attorney for the Trustee
   a. Compensation
      Allan J. DeMars                                 $ 6,726.00
   b. Expenses                                        $

2. Accountant for the Trustee
   a. Compensation                                    $   900.00
   b. Expenses                                        $

3. Other professional
   (list each professional separately)

                                        Total        $ 7,626.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.   **ENTERED**

DATED this _27th_ day of _November_, 2007

NOV 2 9 2007

Enter: _____
                Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                            )
                                  ) Case No. 07 B 09709
MICHAEL B. COLLINS and            ) Hon. JOHN D. SCHWARTZ
MARCIA A. COLLINS                 ) Chapter 7
            Debtor                )

DISTRIBUTION REPORT

I, <u>Allan J. DeMars</u>, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I am making the following distribution:

SUMMARY OF DISTRIBUTION:
Fees and Expenses   Trustee: $26,021.26
                    Attorney:$ 6,726.00
                    Accts:   $   900.00        $   33,647.26
Chapter 7 Administrative Expenses:              $_____
Chapter 11 Administrative Expenses:             $_____
Priority Claims (507(a)(3)-(a)(7)):             $_____
Secured Tax Liens:                              $_____
Priority Tax Claims:                            $_____
General Unsecured Claims:                       $   24,619.57
Other:_____           $_____
TOTAL AMOUNT TO BE DISTRIBUTED:                 $   58,266.83

REPORT OF DISTRIBUTION

|  | TOTAL | FINAL |
|---|---|---|
| 1.  TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |
| 726(a) & (b) and 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $33,647.26 | 100% |

| CLAIM NUMBER | CREDITOR |  | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|---|
| Allan J. DeMars: | trustee's fees |  | $26,000.00 | $26,000.00 |
|  | expenses |  | 21.26 | 21.26 |
|  | attorney's fees |  | 6,726.00 | 6,726.00 |
| Lois West/ Popowcer Katten | accountant's fees |  | 900.00 | 900.00 |
|  |  |  | $33,647.26 | $33,647.26 |

REPORT OF DISTRIBUTION - CONT'D                          PAGE  2  of  6

|  | TOTAL | FINAL |
|---|---|---|
| 2.    TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |
| 726(a) & (b) and 507(a)(1)<br>(Debtor-in-possession (DIP)<br>administrative expenses)<br>(Domestic Support Obligations) | $ | |
| CLAIM NUMBER         CREDITOR | AMOUNT OF<br>ALLOWED CLAIM | AMOUNT OF<br>DIVIDEND |

|  | TOTAL | FINAL |
|---|---|---|
| 3.    TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |
| 507(a)(3) -Gap claims<br>arising in involuntary<br>cases and allowed pursuant<br>to 502(f) | $ | |
| CLAIM NUMBER         CREDITOR | AMOUNT OF<br>ALLOWED CLAIM | AMOUNT OF<br>DIVIDEND |

|  | TOTAL | FINAL |
|---|---|---|
| 4.    TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |
| 507(a)(4) - Wages,<br>salaries or commissions<br>limited to $10,950.00 | $ | |
| CLAIM NUMBER         CREDITOR | AMOUNT OF<br>ALLOWED CLAIM | AMOUNT OF<br>DIVIDEND |

REPORT OF DISTRIBUTION - CON'T                          PAGE 3 of 6

|  | 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
|  | 507(a)(5) - Contributions to Employee Benefit Plans | $ |  |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
|  |  |  |  |

|  | 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
|  | 507(a)(6) - Farmers' and Fishermans' claims to the extent of $5,400. | $ |  |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
|  |  |  |  |

|  | 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
|  | 507(a)(7) - Deposits by consumers to the extent of $2,425.00 | $ | % |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
|  |  |  |  |

REPORT OF DISTRIBUTION - CONT'D                    PAGE 4 of 6

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 724(b) - Tax claims | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(8) - Tax claims excluding fines and penalties | $ | % |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(9) - Capital Commitments to Federal Depository Institutions | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION-CON'T                         Page 5 of 6

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $31,270.91 | 78.72994% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | CACV of Colorado, LLC s/i/i to MBNA AMERICA BANK, NA | $31,270.91 | $24,619.57 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | AMOUNT OF DIVIDEND % |
|---|---|---|
| 726(a)(3) - Late unsecured claims. | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ | % |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION-CON'T                           Page 6 of 6

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(5) - Interest | $ | |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(6) - Surplus to Debtor | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | $ | |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM# | CREDITOR | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN |
|---|---|---|---|---|

NONE

    WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: November 29, 2007                    /s/ Allan J. DeMars
                                             Trustee

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 07-09709
Case Name: MICHAEL B. and MARCIA A. COLLINS
Taxpayer ID#: 68-6257435
For Period Ending: 12/31/07

Trustee's Name: Allan J. DeMars
Bank Name: LaSalle Bank
Initial CD #: CDI
Blanket bond (per case limit): 5,000,000
Separate bond (if applicable):
Money Market #: 8604063837

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 8/3/07 | Ref 1 | Svetlana Smolgovskaya | earnest money for purchase of real estate 1329 N. Ridge, Arlington Hts | 1110-000 | 10,000.00 | | 10,000.00 |
| 8/17/07 | Ref 1 | Svetlana Smolgovskaya | balance of earnest money for purchase of real estate 1329 N. Ridge, Arlington Hts | 1110-000 | 22,500.00 | | 32,500.00 |
| 8/27/07 | Ref 1 | PNTN (title co.) | net proceeds from closing | | 92,790.27 | | 125,290.27 |
| | | | Gross sales price $617,500.00 | 1110-000 | | | |
| | | | Less amounts paid through escrow: | | | | |
| | | | mortgage lien ($508,881.06) | 4110-000 | | | |
| | | | pre-petition real estate taxes($9,981.95) | 4700-000 | | | |
| | | | post-petition real estate taxes($2,581.72) | 2820-000 | | | |
| | | | closing costs ($3,265.00) | 2500-000 | | | |
| 8/27/07 | Check 1001 | Michael B. Collins and Marcia A. Collins | homestead exemption | 8100-002 | | 30,000.00 | 95,290.27 |
| 8/27/07 | Check 1002 | CACV of COLORADO, LLC S/I/I to MBNA AMERICA BANK, NA | on secured claim per Order 8/14/07 | 4120-000 | | 5,000.00 | 90,290.27 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid to/ Received from** | **Description of Transaction** | **Uniform Transaction Code** | **Deposit $** | **Disbursement $** | **Money Market Balance** |
| 8/27/07 | Check 1003 | Evan Schoenberg and @properties | real estate broker's commission per Order 8/14/07 | 3510-000 | | 32,500.00 | 57,790.27 |
| 8/31/07 | Ref 11 | LaSalle Bank | interest on invested funds | 1270-000 | 61.37 | | 57,851.64 |
| 9/30/07 | Ref 11 | LaSalle Bank | interest on invested funds | 1270-000 | 149.64 | | 58,001.28 |
| 10/31/07 | Ref 11 | LaSalle Bank | interest on invested funds | 1270-000 | 145.81 | | 58,147.09 |
| 11/27/07 | Ref 11 | LaSalle Bank | interest on invested funds | 1270-000 | 119.74 | | 58,266.83 |
| 11/29/07 | Check 1004 | Allan J. DeMars | trustee's fees | 2100-000 | | 26,000.00 | 32,266.83 |
| 11/29/07 | Check 1005 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 21.26 | 32,245.57 |
| 11/29/07 | Check 1006 | Allan J. DeMars | attorney's fees | 3110-000 | | 6,726.00 | 25,519.57 |
| 11/29/07 | Check 1007 | Loia West/Popowcer Katten Ltd. | accountant's fees | 3410-000 | | 900.00 | 24,619.57 |
| 11/29/07 | Check 1008 | CACV of Colorado, LLC | 726(a)(2); 78.72994% | 7100-900 | | 24,619.57 | 0.00 |

```
                                         COLUMN TOTALS     650,476.56    650,476.56         0.00
                                                             Less:     Bank    transfers/CD

                           Subtotal
                           Less: Payments to debtor(s)      30,000.00     30,000
                           Net                             620,476.56    620,476.56         0.00


        TOTAL - ALL ACCOUNTS              NET  DEPOSITS    DISBURSEMENTS        BALANCES
        Checking#
        Money Market # 8604063837                 620,476.56     620,476.56          0.00
        Savings #
        CD #CDI
        Net                                       620,476.56     620,476.56          0.00
                                          Excludes account  Excludes payments  Total Funds
                                             transfers        to debtor          on Hand
```